# Exhibit 1 – Placeholder

(Defendant's Bureau of Prisons Medical Records 2019)