# Exhibit 2 – Placeholder

(Defendant's Bureau of Prisons Medical Records 2020)