```
BUTB5            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-12-2021
PAGE 001 OF                                                           13:48:07
     FUNCTION: L-P SCOPE: REG   EQ 54447-083    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____    ____    ____    ____    ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___       ___      ___     ___      ___      ___
        TYPE: ___       ___      ___     ___      ___      ___
EVNT FACL: EQ ____     ____    ____    ____    ____    ____
RCV FACL.: EQ ____     ____    ____    ____    ____    ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____    ____    ____    ____    ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 3

```
 BUTB5            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-12-2021
PAGE 002 OF 002 *              SANITIZED FORMAT                *    13:48:07

  REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
                 RCV-OFC       RCV-FACL      DATE-RCV       STATUS       STATUS-DATE

 986742-R1       20DM/         DHO HEARING 05-27-2019, CODE 199
                   SCR           OAK         08-07-2019          REJ     08-07-2019

 986742-R2       20DM/20GM     DHO HEARING 05-27-2019, CODE 199 ML 108
                   SCR           OKL         09-03-2019          REJ     09-05-2019




                      2 REMEDY SUBMISSION(S) SELECTED
 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```