```
 BUTB5           *         INMATE DISCIPLINE DATA           *       01-12-2021
PAGE 001         *      CHRONOLOGICAL DISCIPLINARY RECORD   *       13:47:52

 REGISTER NO: 54447-083 NAME..: EVERETT, KEITH
 FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-12-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3256000 - SANCTIONED INCIDENT DATE/TIME: 04-12-2019 2320
DHO HEARING DATE/TIME: 05-27-2019 1025           DHO REPT DEL: 07-10-2019 1600
FACL/CHAIRPERSON.....: OAK/A THOMAS
REPORT REMARKS.......: CELL PHONE LOCATED ON COMPOUND, I/M APPEARED IN PHOTOS,
                       ON LAB REPORT, ADMITS.
    199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:020 LAW:P   MOST LIKE 108,
         DS         / 30 DAYS / CS
                FROM: 05-27-2019  THRU: 06-25-2019
         COMP:     LAW:    MOST LIKE 108,
         LP COMM    / 120 DAYS / CS
                FROM: 05-27-2019  THRU: 09-23-2019
         COMP:     LAW:    MOST LIKE 108,
         LP PHONE   / 180 DAYS / CS
                FROM: 05-27-2019  THRU: 11-22-2019
         COMP:     LAW:    MOST LIKE 108,
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3034468 - SANCTIONED INCIDENT DATE/TIME: 09-18-2017 1300
UDC HEARING DATE/TIME: 09-20-2017 1445
FACL/UDC/CHAIRPERSON.: BUH/CADRE TWO/S WILLIAMS
REPORT REMARKS.......: FOUND GUILTY AND SANCTIONED TO 30 DAYS LOSS OF COMMISSAR
                       Y
    326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:    THIS RESTRICTION ENDS ON 10-20-17
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1677653 - SANCTIONED INCIDENT DATE/TIME: 12-13-2007 0855
DHO HEARING DATE/TIME: 01-04-2008 1100
FACL/CHAIRPERSON.....: PEM/HISE, C
REPORT REMARKS.......: INMATE ADMITTS TO CHARGE.
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         LP PHONE   / 6 MONTHS / CS
         COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1353199 - SANCTIONED INCIDENT DATE/TIME: 06-19-2005 1130
DHO HEARING DATE/TIME: 07-01-2005 1320
FACL/CHAIRPERSON.....: PEM/HISE,C
REPORT REMARKS.......: INMATE DENIED CHARGE. THE DHO UPHELD CODE 205.
    205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: ON1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P


 G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 4

```
  BUTB5            *       INMATE DISCIPLINE DATA         *    01-12-2021
PAGE 002 OF 002  *    CHRONOLOGICAL DISCIPLINARY RECORD   *    13:47:52

REGISTER NO: 54447-083 NAME..: EVERETT, KEITH
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-12-2021

DHO HEARING DATE/TIME: 07-01-2005 1320 REPORT 1353199 CONTINUED
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
         LP VISIT   / 6 MONTHS / CS
         COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1289057 - SANCTIONED INCIDENT DATE/TIME: 12-05-2004 1115
UDC HEARING DATE/TIME: 12-06-2004 1300
FACL/UDC/CHAIRPERSON.: PEM/E/R.SMITH
REPORT REMARKS.......: BASED ON THE WRITER'S DESCRIPTION IN BLK #11, SUPPORTING
                       DOCUMENTATION AND I/M EVERETT'S OWN ADMISSION.
    325  CONDUCTING A GAMBLING POOL - FREQ: 1
         LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
    326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
         LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1086699 - SANCTIONED INCIDENT DATE/TIME: 03-20-2003 2302
UDC HEARING DATE/TIME: 03-31-2003 0810
FACL/UDC/CHAIRPERSON.: PEM/E/C. SIMON
REPORT REMARKS.......: INMATED ADMITTED TO USING THE PHONE.
    397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE   / 180 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```