```
  BUTB5           *        INMATE EDUCATION DATA        *      01-12-2021
PAGE 001 OF 001 *               TRANSCRIPT              *       13:48:18

REGISTER NO: 54447-083    NAME..: EVERETT                       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: YAZ-YAZOO CITY FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
YAZ  ESL HAS    ENGLISH PROFICIENT             03-05-2003 1430 CURRENT
YAZ  GED EARNED GED EARNED IN BOP              11-28-2005 1405 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
OAK        CAREER PLANNING (RPP#2)      01-10-2019 02-28-2019   P   C  P    12
OAK        INSIDE OUT DAD (RPP#6)       02-05-2019 04-10-2019   P   C  P    18
OAK        SPANISH MONEY SMART RPP3     11-28-2018 02-08-2019   P   C  P    44
OAK        BUSINESS 2  6:30 - 8:00      10-03-2018 12-19-2018   P   C  P    18
OAK        KEYBOARD 12:30-2:00 MON-FRI  06-18-2018 07-27-2018   P   C  P    60
OAK        MONEY SMART (RPP#3)          05-17-2018 07-03-2018   P   C  P    44
BUH CAD M  CDL WED 6:30 - 7:30 PM       03-21-2017 06-13-2017   P   C  P    24
BTF GP     PSY. MGT DRUG ABUSE EDUCATION 03-24-2015 04-10-2015  P   C  P    12
YAM        RPP5 RELEASE REQUIREMENTS    09-14-2009 09-14-2009   P   C  P     1
YAM        RPP4 CCC/USPO/AUSA SEMINAR   09-14-2009 09-14-2009   P   C  P     1
YAM        RPP6 COPING W/PRISON STRESS  09-14-2009 09-14-2009   P   C  P     1
YAM        RPP3 BANKING TUTORIAL        06-26-2009 06-26-2009   P   C  P     1
YAM        RPP2 DRESS FOR SUCCESS       06-26-2009 06-26-2009   P   C  P     1
YAM        CALISTHENICS AM              05-03-2009 06-16-2009   P   C  P     2
YAM        HVAC AM, M-F,730-1030        10-28-2008 03-18-2009   P   C  C   240
YAM        RPP3 HOME OWNERSHIP          10-14-2008 11-13-2008   P   C  P     8
YAM        RPP1 INFECTIOUS DISEASE AWARE 03-19-2008 03-19-2008  P   C  P     1
PEM        TUSTIN GED 2:30-3:30PM       02-28-2005 11-28-2005   P   C  P   132

---------------------------- HIGH TEST SCORES -------------------------------
TEST        SUBTEST       SCORE    TEST DATE    TEST FACL    FORM      STATE
ABLE        LANGUAGE        6.8    08-20-2003    PEM          E
            NUMBER OPR      9.3    08-20-2003    PEM          E
            PROB SOLV      13.0    08-20-2003    PEM          E
            READ COMP      13.0    08-20-2003    PEM          E
            SPELLING       10.0    08-20-2003    PEM          E
            VOCABULARY      7.5    08-20-2003    PEM          E
GED         AVERAGE       496.0    11-15-2005    PEM          PASS      VA
            LANG PROF       0.0    11-15-2005    PEM          IB        VA
            LIT/ARTS      610.0    11-15-2005    PEM          IB        VA
            MATH          480.0    11-15-2005    PEM          IB        VA
            SCIENCE       470.0    11-15-2005    PEM          IB        VA
            SOC STUDY     470.0    11-15-2005    PEM          IB        VA
            STATE HIST      0.0    11-15-2005    PEM          IB        VA
            WRITING       450.0    11-15-2005    PEM          IB        VA




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 5